IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA VELEZ MORALES, individually and on behalf of all persons similarly situated, | Civil Action No.: 2:16-cv-02602-GEKP |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| AROUND THE CLOCK HOME HEALTH CARE SERVICES, | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance in the above-captioned matter on behalf of the Plaintiff, Gloria Velez Morales.

Dated: May 27, 2016

Respectfully submitted,

BERGER & MONTAGUE, P.C.

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
State Bar No. PA 206211
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000
(215) 875-4604 (Facsimile)
sschalman-bergen@bm.net

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download this 27th day of May, 2016.

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
