AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

GLORIA VELEZ MORALES, INDIVIDUALLY
AND ON BEHALF OF ALL PERSONS
SIMILARLY SITUATED

Plaintiff

v.

AROUND THE CLOCK HOME HEALTH CARE
SERVICES

Defendant

Civil Action No. 16-2602

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Around the Clock Home Health Care Services
by and through its Registered Agent - Patricia McKinley
5245 Germantown Avenue
Philadelphia, PA 19144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHARON J. CARSON, ESQ.
1622 LOCUST STREET
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 25, 2016

RICHARD C. THIEME, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-2602

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Around the Clock Home Healthcare Services
was received by me on *(date)* 6/1/16

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Theusa William , who is designated by law to accept service of process on behalf of *(name of organization)*
Administrator on *(date)* 6/15/16 ; or @ 1232 PM.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/15/16

Corey Bey
*Server's signature*

Corey Bey Process Server
*Printed name and title*

*Server's address*